```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |  |
|---|---|---|
| LAWRENTE A. MOORE, | : | CIVIL ACTION NO. 07-1751 (MLC) |
| Plaintiff, | : | **MEMORANDUM OPINION** |
| v. | : |  |
| DARIUS A. CHESTER, | : |  |
| Defendant. | : |  |

**THE COURT** ordering the parties to show cause why the action should not be transferred to the United States District Court for the Northern District of Georgia under 28 U.S.C. § 1404 (dkt. entry no. 6, Order to Show Cause); and the parties, in a joint response, consenting to such transfer (dkt. entry no. 7, 8-13-07 Resp.); and thus for the reasons set forth in the order to show cause (see Order to Show Cause, at 1-2), the Court intending to (1) grant the order to show cause, (2) issue an appropriate order, (3) transfer the action to the Northern District of Georgia, and (4) close the action.

                                            s/ Mary L. Cooper
                                            **MARY L. COOPER**
                                            United States District Judge